UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMIE SCATENA,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED AIR LINES, INC., *et al.*,<br><br>   Defendants. | Case No. C09-1429RSL<br><br>ORDER GRANTING MOTION TO CONSOLIDATE AND TO EXTEND INITIAL DEADLINES |
| MARC SHANNON, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED AIR LINES, INC., *et al.*,<br><br>   Defendants. | |

  This matter comes before the Court on the parties' stipulated motion to consolidate these two actions and to extend the initial deadlines to confer, exchange initial disclosures, and file a joint status report/discovery plan. Both actions arise out of the same incident and will involve many of the same witnesses and documents.

  The Court finds that these cases are appropriate for consolidation under Federal Rule of

ORDER GRANTING MOTION TO CONSOLIDATE
AND EXTEND INITIAL DEADLINES - 1

1  Civil Procedure 42(a) because the actions involve common questions of law and fact, and the
2  interests of judicial economy will be served by consolidation.  The Court therefore GRANTS the
3  motion to consolidate (Dkt. #10) and orders that the cases be consolidated pursuant to Fed. R.
4  Civ. P. 42(a).  The cases shall be consolidated for all purposes.  All documents hereafter filed in
5  these causes shall be filed and docketed under Case No. C09-1429RSL.  No further documents
6  shall be filed in Case No. C09-1430RSL.  The Clerk of the Court is requested to file a copy of
7  this order in both cases and to close Case No. C09-1430RSL.
8       It is further ordered that the deadlines in the Order Regarding Initial Disclosures, Joint
9  Status Report, and Early Settlement are extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | February 19, 2010 |
| Initial Disclosures Due: | February 26, 2010 |
| Joint Status Report/Discovery Plan: | March 3, 2010 |

13  These deadlines shall apply in the consolidated action.

15       DATED this 2nd day of December, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO CONSOLIDATE
AND EXTEND INITIAL DEADLINES - 2