Print Form

**Instructions for use:**
1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Sign with "s/" if appropriate, save the form, and file it electronically. OR
4. Print, sign the document, scan, and file.

09-CV-01429-MAN

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

JAN 06 2010   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
            DEPUTY

JAMIE SCATENA & MARC SHANNON,

Plaintiff(s),

v.

UNITED AIR LINES, INC., et al.

Defendant(s).

Case No. C09-1429RSL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Sign the attached Summons for service.

Dated | Jan 6, 2010

s/Jeffrey C. Jones, WSBA #7670
**Signature**

For: Plaintiff

**PRAECIPE**

*[handwritten margin note: Sum. FSS.]*