Case 2:09-cv-01429-RSL   Document 13   Filed 02/19/2010   Page 1 of 2

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| JAMIE SCATENA AND MARK SHANNON, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., et al.,<br><br>Defendants. | File No.  2:09-cv-01429-RSL<br><br>**NOTICE OF APPEARANCE** |
|---|---|

NOTICE OF APPEARANCE
(2:09-cv-1429-RSL)

HOGAN & HARTSON, LLP
8426 316th Pl. SE,
Issaquah, WA 98027
Telephone (425) 222 -6229

\\\036406/000001 - 39653 v1

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the following attorneys from the firm of Hogan & Hartson LLP, one of whom is a member of the Bar of this Court, have entered an appearance on behalf of defendant Airbus Americas, Inc. All pleadings and other papers served on defendant Airbus Americas, Inc. should be directed to the addresses set forth below.

THAD T. DAMERIS (*pro hac vice application to be filed*)
BRUCE D. OAKLEY (*pro hac vice application to be filed*)
TREVOR R. JEFFERIES (*pro hac vice application to be filed*)
CHRISTOPHER ODELL (*pro hac vice application to be filed*)
HOGAN & HARTSON, LLP
700 Louisiana Street
Suite 4300
Houston, TX, 77002
Telephone: (713) 632-1400
Email:   tdameris@hhlaw.com
Email:   bdoakley@hhlaw.com
Email:   trjefferies@hhlaw.com
Email:   cmodell@hhlaw.com

ROBIN E. WECHKIN (WSBA #24746)
HOGAN & HARTSON, LLP
8426 316th Pl. SE,
Issaquah, WA, 98027
Telephone: (425) 222-6229
Email:   rwechkin@hhlaw.com

Dated: February 19, 2010                By:  /S/ Robin E. Wechkin
                                             Robin E. Wechkin

                                        HOGAN & HARTSON, LLP
                                        8426 316th Pl. SE,
                                        Issaquah, WA, 98027
                                        Telephone: (425) 222-6229

                                        *Attorneys for Defendant*
                                        Airbus Americas, Inc.

NOTICE OF APPEARANCE
(2:09-cv-1429-RSL)

HOGAN & HARTSON, LLP
8426 316th Pl. SE,
Issaquah,WA 98027
Telephone (425) 222 -6229

\\\036406/000001 - 39653 v1