THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| JAMIE SCATENA AND MARK SHANNON, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., et al.,<br><br>Defendants. | File No. 2:09-cv-01429-RSL<br><br>**CONSENT TO NOTICE OF REMOVAL** |
|---|---|

CONSENT TO NOTICE OF REMOVAL
(2:09-cv-1429-RSL)

HOGAN & HARTSON, LLP
8426 316th Pl. SE,
Issaquah,WA 98027
Telephone (425) 222 -6229

\\\036406/000001 - 39653 v1

# CONSENT TO NOTICES OF REMOVAL

Without prejudice to any rights, privileges or defenses, Defendant Airbus Americas, Inc. ("Airbus Americas") consents to the Notice of Removal filed by United Airlines, Inc. removing the state court action entitled *Jamie Scatena, a single woman v. United Airlines, Inc., a foreign corporation, a subsidiary of UAL Corporation; UAL Corporation, a foreign corporation; Airbus Americas, Inc., a foreign corporation; Airbus SAS, a foreign business entity; European Aeronautical Defence & Space Co. aka EADS, a foreign business entity; and John Does 1-10 and John Does Companies/Corporations 11-18, community composed thereof*, Cause No. 09-2-32294-5 SEA, from the Superior Court of Washington, King County to the United States District Court for the Western District of Washington.  Defendant Airbus Americas also consents to the Notice of Removal filed by United Airlines, Inc. removing the state court action entitled *Mark Shannon and Kim Shannon, husband and wife and the marital community composed thereof v. United Air Lines, Inc., a foreign corporation, a subsidiary of UAL Corporation; UAL Corporation, a foreign corporation; Airbus Americas, Inc., a foreign corporation; Airbus SAS, a foreign business entity; European Aeronautical Defence & Space Co. aka EADS, a foreign business entity; and John Does 1-10 and John Does Companies/Corporations 11-18, community composed thereof*, Cause No. 09-2-32295-3 SEA, from the Superior Court of Washington, King County to the United States District Court for the Western District of Washington.  The two actions were consolidated December 2, 2009 under Case No. 09-1429RSL.  Airbus Americas was served with the complaints in these actions on January 21, 2010.  An affiliated company, Airbus S.A.S., has not yet been served with the complaints.

//
//
//
//
//
//

CONSENT TO NOTICE OF REMOVAL (2:09-cv-1429-RSL)  1

HOGAN & HARTSON, LLP
8426 316th Pl. SE,
Issaquah, WA 98027
Telephone (425) 222-6229

\\\036406/000001 - 39653 v1

| | | |
|---|---|---|
| 1 | Dated: February 19, 2010 | By: /S/ Robin E. Wechkin |
| 2 | | Robin E. Wechkin |

HOGAN & HARTSON, LLP
8426 316th Pl. SE,
Issaquah, WA, 98027
Telephone: (425) 222-6229

Thad T. Dameris,
(*pro hac vice application to be filed*)
Bruce D. Oakley,
(*pro hac vice application to be filed*)
Trevor R. Jefferies,
(*pro hac vice application to be filed*)
Christopher M. Odell,
(*pro hac vice application to be filed*)

HOGAN & HARTSON, LLP
700 Louisiana Street, Suite 4300
Houston, Texas 77002
Tel.: (713) 632-1400

*Attorneys for Defendant*
Airbus Americas, Inc.

NOTICE OF APPEARANCE
(3:09-cv-05724-RBL)

2

HOGAN & HARTSON, LLP
8426 316th Pl. SE,
Issaquah, WA 98027
Telephone (425) 222-6229

\\\036406/000001 - 39653 v1