1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMIE SCATENA, a single woman,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED AIR LINES, INC., *et al.*,<br><br>　　　　　　　Defendants.<br><br>―――――――――――――<br><br>MARC SHANNON, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED AIRLINES, INC. *et al.*,<br><br>　　　　　　　Defendants. | Case No. C09-1429RSL<br><br>STIPULATED MOTION TO EXTEND DEADLINES |

Plaintiffs Jamie Scatena, Marc Shannon and Kim Shannon, Defendants United Airlines and UAL Corporation, and Defendant Airbus Americas, Inc., respectfully request an order extending this Court's initial scheduling order deadlines by ninety days.  Counsel have conferred and agree that an additional extension of these deadlines may facilitate settlement of these claims.

STIPULATED ORDER TO EXTEND DEADLINES – 1

*Law Offices Of*
**Krutch, Lindell, Bingham,
Jones & Petrie, P.S.**
1420 Fifth Avenue, Suite 3150
Seattle, WA  98101-3079
(206) 682-1505  FAX: (206) 467-1823

3013 fb190501

## I. FACTUAL BACKGROUND

The Court has previously entered an Order consolidating the two separate cases filed by the Plaintiffs individually and extending the initial deadlines. That Order was entered by the Court on December 2, 2009. At that time it was believed by Plaintiffs that both were nearing the end of their medical treatment and therefore the case may be appropriate for settlement discussions within sixty to ninety days. Although one of the Plaintiffs, Ms. Scatena, did complete her medical treatment, Mr. Shannon has not yet, although it appears he is close.

On Friday, February 19, 2009, counsel for Plaintiffs and the United Airlines Defendants conferred and agreed to file a stipulated motion to request an additional ninety day extension of the initial deadlines due to the fact that they had not yet been able to participate in a FRCP 26(f) conference that included all parties, and due to the fact that Mr. Shannon was nearing the end of his medical treatment. Unfortunately, due to staffing complications, counsel were unable to get the stipulated motion e-filed by the close of business on February 19.

Coincidentally, at approximately 5:40 pm on Friday, February 19, counsel received e-mail notification that counsel had appeared for Airbus Americas, Inc. Counsel for that defendant has now been contacted and joins in this motion.

## II. REQUEST FOR EXTENSION

The parties are therefore respectfully requesting that the Court grant an additional ninety day extension of the Court's scheduling order deadlines so that all parties can be served and participate in the FRCP 26(f) conference and potential settlement discussions, thereby resulting in increased efficiencies to the parties and conservation of judicial resources.

STIPULATED ORDER TO EXTEND DEADLINES – 2

3013 fb190501

*Law Offices Of*
**Krutch, Lindell, Bingham, Jones & Petrie, P.S.**
1420 Fifth Avenue, Suite 3150
Seattle, WA 98101-3079
(206) 682-1505 FAX: (206) 467-1823

The parties request that the Court extend the deadlines in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. 9, as amended in the Court's Order Granting Motion to Consolidated and to Extend Initial Deadlines dated December 2, 2009, as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | May 20, 2010 |
| Initial Disclosures Due: | May 27, 2010 |
| Joint Status Report/Discovery Plan: | June 10, 2010 |

Respectfully submitted this 19th day of February, 2010

KRUTCH, LINDELL, BINGHAM,
JONES & PETRIE, P.S.
Attorneys for Plaintiff

   *s/Jeffrey C. Jones*
By_____
   Jeffrey C. Jones, WSBA #7670
   Email: jcj@krutchlindell.com
   Kerry V. Kovarik, WSBA #40831
   Email: kvk@krutchlindell.com

MILLS MEYERS SWARTLING
Attorneys for Defendants United Airlines and UAL Corporation

   *s/Caryn Geraghty Jorgensen*
By_____
   Caryn Geraghty Jorgensen, WSBA #27514
   Email: cjorgensen@mms-seattle.com
   Geoffrey M. Grindeland, WSBA #35798
   Email: ggrindeland@mms-seattle.com

HOGAN & HARTSON, LLP
Attorneys for Defendant Airbus Americas, Inc.

   *s/Robin E. Wechkin*
By_____
   Robin E. Wechkin, WSBA #24746
   Telephone: (425) 222-6229

STIPULATED ORDER TO EXTEND DEADLINES – 3

3013 fb190501

*Law Offices Of*
**Krutch, Lindell, Bingham, Jones & Petrie, P.S.**
1420 Fifth Avenue, Suite 3150
Seattle, WA 98101-3079
(206) 682-1505  FAX: (206) 467-1823