# United States District Court
# Western District of Washington

Print
Reset Form

| | |
|---|---|
| JAMIE SCATENA AND MARK SHANNON, et al., | Case Number: 2:09-cv-01429-RSL |
| Plaintiff(s) | |
| V. | |
| UNITED AIRLINES, INC., et al., | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, THAD T. DAMERIS hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

AIRBUS

The particular need for my appearance and participation is:

Representation of my client Airbus in this matter

I, THAD T. DAMERIS understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Mar 1, 2010    Signature of Applicant: s/ THAD T. DAMERIS

Page 1 of 3

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | THAD T. DAMERIS |
| Law Firm Name: | HOGAN & HARTSON LLP |
| Street Address 1: | 700 Louisiana |
| Address Line 2: | Suite 4300 |
| City: | Houston |
| State: | Texas |
| Zip: | 77002 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 713-632-1410 |

**STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  THAD T. DAMERIS  is unable to be present upon any date assigned by the court.

Date: Mar 1, 2010        Signature of Local Counsel: s/ ROBIN E. WECHKIN (WSBA #24746)

| | |
|---|---|
| Local Counsel's Name: | ROBIN E. WECHKIN (WSBA #24746) |
| Law Firm Name: | HOGAN & HARTSON LLP |
| Street Address 1: | 8426 316th Pl. SE |
| Address Line 2: | |
| City: | Issaquah |
| State: | Washington |
| Zip: | 98027 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 425-222-6229 |