

# REGISTRATION FORM
## for the
## ELECTRONIC CASE FILING SYSTEM

[Print] [Reset Form]

**Last Name:** DAMERIS     **First:** THAD     **Middle:** T.

**Attorney Bar # and State:** 05345700 - TX

**PRO SE APPLICANTS ONLY:** Please enter your case number below so we can activate you to electronically file in your case. You do not need to fill out Attorney Bar #, State, or Firm Name.

**Firm Name:** HOGAN & HARTSON LLP

**Street Address 1:** 700 Louisiana

**Address Line 2:** Suite 4300

**City:** Houston     **State:** Texas     **Zip:** 77002

**Telephone Number:** 713-632-1410     **Case #:** (PRO SE APPLICANTS ONLY)

**Internet E-mail Address:** tdameris@hhlaw.com     **Back-up E-mail Address:**

**Does your e-mail software support HTML messages?**   [X] Yes   [ ] No

By submitting this registration form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

s/ THAD T. DAMERIS                                    3/1/10

**Signature** (either sign or use an "s/" and type your name)     **Date Signed**

**Please return to:**

Clerk, U.S. District Court
Western District of Washington
Attn: ECF Attorney Registration
700 Stewart St., Lobby Level
Seattle, WA 98101

For assistance in filling out this form, contact the **ECF Help Desk** at 1-866-323-9293.

**or fax to:**   Clerk, U.S. District Court, 206-370-8861