1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMIE SCATENA, *et al.*,

                Plaintiffs,

        vs.

UNITED AIR LINES, INC., *et al.*,

                Defendants.

NO. C09-1429RSL

ORDER OF DISMISSAL

      It having been reported to the Court on Tuesday, July 31, 2012 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

      IT IS ORDERED that this cause be and the same is hereby DISMISSED.  This dismissal shall be without prejudice to the right of any party upon good cause shown within ninety (90) days hereof to reopen this cause if the reported settlement is not consummated.

      The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

      DATED this 6th day of August, 2012.

                            *Mark S Lasnik*
                            Robert S. Lasnik
                            United States District Judge

ORDER -1